IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | CIVIL NO. 06-986-DRH |
| | : | |
| $4,640.00 UNITED STATES CURRENCY, | : | |
| | : | |
| | : | |
| DEFENDANT. | : | |

**STIPULATED ORDER FOR DISMISSAL OF CASE
AND FOR RETURN OF PROPERTY**

Upon stipulation by the United States of America by and through its attorneys, Randy G. Massey, Acting United States Attorney for the Southern District of Illinois, and Michael Thompson, Assistant United States Attorney, and Thomas M. Daley, Attorney for Taylor Turner, Jr., the Court hereby find and order as follows:

1. Thomas M. Daley hereby enters his appearance on behalf of Taylor Turner, Jr. in this litigation and stipulates that all further notices and pleadings in this cause, if any, shall be sent to him at 123 West Main Street, Belleville, Illinois 62220.

2. The Complaint for Forfeiture against the subject-matter defendant described as $4,640.00 United States Currency is hereby dismissed without prejudice.

3. Taylor Turner, Jr. may retrieve said $4,640.00 from the United States Marshals Service, 750 Missouri Avenue, East St. Louis, Illinois, at such time as will be agreed upon between the United States Marshals Service and Taylor Turner, Jr.

4. Taylor Turner, Jr. warrants, that subject only to the right of the United States to forfeit said currency, he has at all relevant times been the sole owner of said currency and that there are no other liens or legal or equitable interests in same.

5.  Taylor Turner, Jr. hereby releases and holds harmless the United States of America and all officers, agents, employees, and attorneys of the United States of America from any and all damages or causes of action arising from the seizure of said currency and the institution of forfeiture proceedings against said currency, including but not limited to any damages for loss of any interest, attorneys's fees, or litigation costs, further including but not limited to any amounts which could be imposed under 28 U.S.C. § 2465(b)(1).  The parties stipulate, and the Court so finds, that there is reasonable cause for the seizure of the subject-matter property and that this order may serve as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465(a)(2).

6.  The defendant shall make arrangements to retrieve the subject-matter property within 30 days from the date of this order.

Dated: March 12, 2007

/s/     David   RHerndon
United States District Judge


Approved by:

*/s/ Taylor Turner, Jr. w/consent*
Taylor Turner, Jr.
Claimant


*/s/ Thomas M. Daley*                                          */s/ Michael Thompson*
THOMAS M. DALEY                                           MICHAEL THOMPSON
Attorney for Taylor Turner, Jr.                             Assistant United States Attorney